ber 27, 1912.) Action by Charles P. Dickinson against the City of New York.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KELLOGG, J., dissents.

DIETRICH, Respondent, v. LALANCE & GROSJEAN MFG. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. October 11, 1912.) Action by Philip Dietrich against the Lalance & Grosjean Manufacturing Company, impleaded with another.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the verdict is against the weight of credible evidence.

HIRSCHBERG, J., dissents.

DILG, Respondent, v. STRAUSS, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Christian F. Dilg against Gustavus E. Strauss. H. F. Mela, of New York City, for appellant. H. A. Sperry, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DILLMEIER et al., Appellants, v. PALM-LEAF, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by William M. Dillmeier and others against Oscar Palmleaf. No opinion. Judgment affirmed, with costs.

DITTMAN, Respondent, v. EDISON ELECTRIC ILLUMINATING CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Fred H. Dittman against the Edison Electric Illuminating Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 144 App. Div. 632, 129 N. Y. Supp. 221.

DOHERTY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Martin Doherty, as administrator, etc., of William Doherty, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DONEGAN & SWIFT, Inc., Respondent, v. CITY OF NEW YORK, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Donegan & Swift, Incorporated, against the City of New York, impleaded with others. F. E. Fishel, of New York City, for appellant. R. Ballantine, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

DONNELL, Appellant, v. COLE, Respondent, et al. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) Action by Emily Cole Donnell against George B. Cole, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re DONOHUE. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of Robert D. Donohue, an attorney. No opinion. No further proceedings to be taken. Settle order on notice.

DOOGAN v. MAY et al. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Margaret Doogan against Eugene J. May and another. No opinion. Motion granted, without costs.

DOUGHERTY, Respondent, v. ARBUCKLE, Appellant, et al. (Supreme Court, Appellate Division, Second Department, November 1, 1912.) Action by Patrick Dougherty against John Arbuckle and another. No opinion. Order affirmed, without costs. See, also, 137 N. Y. Supp. 1118.

DOYLE, Appellant, v. HAMILTON FISH CORPORATION, Respondent. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Alexander Doyle against the Hamilton Fish Corporation. A. Doyle, for appellant. J. S. Montgomery, of New York City, for respondent. No opinion. Judgment affirmed, with costs, on 144 App. Div. 131, 128 N. Y. Supp. 898. Order filed.

DRAPER v. BAHR et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) In the matter of proceedings supplementary to execution by James H. Draper, against George Bahr and others. No opinion. Order of the County Court of Queens County affirmed, with $10 costs and disbursements.

DUMONT MORTGAGE & REALTY CO. et al., Respondents, v. MUTUAL POULTRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by the Dumont Mortgage & Realty Company and others against the Mutual Poultry Company. No opinion. Motion denied, without costs.

DUNN, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Robert L. Dunn against the New York Herald Company, a corporation. No opinion. Motion granted, without costs. Settle order before the Presiding Justice. See, also, 142 App. Div. 11, 126 N. Y. Supp. 735.